No. 161, Misc.   CHANDLER v. WARDEN FRETAG.   Supreme Court of Tennessee.   Certiorari granted.   *James P. Brown, Carl A. Cowan* and *Phillip M. O'Hara* for petitioner.   *Roy H. Beeler,* Attorney General of Tennessee, and *Nat Tipton* and *Knox Bigham,* Assistant Attorneys General, for respondent.

No. 495.   GILLASPIE v. DEPARTMENT OF PUBLIC SAFETY OF TEXAS.   Supreme Court of Texas.   Certiorari denied.   *Emmett J. Rahm* for petitioner.   *John Ben Shepperd,* Attorney General of Texas, and *Rudy G. Rice,* Assistant Attorney General, for respondent.

No. 527.   MOSELY v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *J. Tom Watson* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 554.   STEPP, ADMINISTRATOR, v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   *Louis B. Fine* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Paul A. Sweeney* for the United States.

No. 562.   BUMSTED ET AL. v. MARKHAM, ALIEN PROPERTY CUSTODIAN.   C. A. 3d Cir.   Certiorari denied.   *Joseph B. Keenan* for petitioners.   *Solicitor General Sobeloff, Assistant Attorney General Townsend, James D. Hill, George B. Searls* and *David Schwartz* for respondent.

No. 563.   HOGAN v. RICKETTS, EXECUTOR.   C. A. 6th Cir.   Certiorari denied.   *George S. Hawke* for petitioner.